IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER SCHULTZ and DAVID MACK<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, L.P.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 11-CV-6225<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendant BAC Home Loans Servicing, L.P., (Defendant) through its attorneys, moves the Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to file a responsive pleading to Peter Schultz and David Mack's (Plaintiffs) Complaint. In support of its Motion, Defendant states as follows:

1. Defendant very recently retained Reed Smith LLP as counsel in the above-captioned lawsuit.

2. Defendant requires additional time to file a responsive pleading to the Complaint and therefore respectfully requests an extension of time to file its responsive pleading on or before October 31, 2011.

3. This request for an extension of time is not made for purposes of delay.

**WHEREFORE** Defendant respectfully requests that the Court grant them an extension of time to file their responsive pleading to Plaintiffs' Complaint on or before November 1, 2011, and award any other relief the Court deems just and proper.

- 2 -

Dated: October 10, 2011

Respectfully submitted,

BAC Home Loans Servicing, L.P.

By: s/Timothy R. Carraher
    One of Its Attorneys

Gary S. Caplan - #6198263
Timothy R. Carraher - #6299248
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000
Firm I.D.: 44486

US_ACTIVE-107467166.1