**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PETER SCHULTZ and | ) | |
| DAVID MACK | ) | |
| | ) | 11-CV-6225 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Judge Hibbler |
| BAC HOME LOANS SERVICING, LP. | ) | Magistrate Judge Kim |

**STIPULATION FOR DISMISSAL**

Pursuant to settlement, all parties hereby stipulate to dismissal of this action with prejudice and without costs.

Date: March 20, 2012

/s/Timothy R. Carraher
One of the Attorneys for Defendant

Gary S. Caplan
Timothy R. Carraher
Reed Smith LLP
10 S. Wacker Dr. 40th Floor
Chicago, Illinois 60606
 (312) 207-1000

/s/Alexander H. Burke
Counsel for Plaintiff

**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com